**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-15-00045-CR**

_____

**JOHNNIE LEWIS O'NEAL JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 09-11-11478 CR**

**ORDER**

The trial court clerk and court reporter have notified the Court that they have not received payment for the records. The appellant's retained counsel suggests that the appellant is unable to pay for the record but provided no documentation to support a claim of indigence. The Court finds it is necessary to determine whether the appellant is indigent for purposes of obtaining free records on appeal. *See* Tex. R. App. P. 37.3(a)(2).

It is, therefore, ORDERED that the appeal is ABATED and the cause is REMANDED to the trial court for a hearing to determine whether the appellant is entitled to proceed without payment of costs. *See* Tex. R. App. P. 37.3(b), (c). The appellant shall be personally present for the hearing. The trial court shall determine whether counsel for the appellant is being paid for his services or is representing the appellant *pro bono* without any payment for his services. The trial court shall determine whether the appellant is unable to pay or give security for the appellate record. *See* Tex. R. App. P. 20.2. For this purpose the trial judge shall conduct such hearings as may be necessary, make appropriate findings and recommendations, and prepare a record of the proceedings.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing in the above-referenced appeal. The transcription of the court reporter's notes from the hearing and the findings and recommendations of the trial court judge are to be filed on or before March 30, 2015.

ORDER ENTERED February 26, 2015.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2